IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHAD SANDINE; GROUNDHOGZ
EXPRESS, INC.; and GROUNDHOGZ
LOGISTICS, INC.
PLAINTIFFS/
COUNTER-DEFENDANTS

v. No. 3:17-cv-151-DPM

DON TATE; and TATE EXPRESS, INC. DEFENDANTS/
COUNTER-CLAIMANTS

ORDER

1. Defendants' pretrial disclosure sheet is overdue, № 16. Please file it today.

2. By Wednesday, 6 March 2019, the parties should deliver the original exhibits, and the Court's courtesy copy, in three-ring binders to the Jonesboro Clerk's office located at 615 S. Main Street, Room 312, Jonesboro, Arkansas. Please also email to chambers an electronic copy, plus (on the Court's forms) the exhibit and witness lists.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2019