# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

CHAD SANDINE; GROUNDHOGZ
EXPRESS, INC.; and GROUNDHOGZ
LOGISTICS, INC.                                                            PLAINTIFFS/
                                                                COUNTER-DEFENDANTS

v.                              No. 3:17-cv-151-DPM

DON TATE; and TATE EXPRESS, INC.                              DEFENDANTS/
                                                              COUNTER-CLAIMANTS

## ORDER

1. The Court held a pretrial on 1 March 2019.

2. For the reasons stated on the record, Plaintiffs' motion in *limine*, № 42, is partly granted and partly denied. Here are the particulars:

- Part A: Denied with instructions. Don Tate must file notice by 5 March 2019, electing whether he will claim that he's not a party to the contract, or that he is and joins Tate Express's breach and fraud claims.

- Part B: Withdrawn.

- Part C: Granted as modified. Don Tate may testify about the tax returns and his cash infusions to Tate Express. Amended pretrial disclosures specifying particular documents due from Tate and Tate Express by 5 March 2019.

- Part D: Granted. Based on the Court's ruling on summary judgment, neither Tate nor Tate Express has a solid claim on the vehicles.

- Parts E, F & G: Denied without prejudice. The parties must follow the Federal Rules of Evidence.

- Part H: Denied as mostly moot with a carve out. Don Tate may testify about the valuation issues covered in his deposition, supplemented with the tax returns and checks discussed at the pretrial.

2. Joint report and stipulated facts due by 5 March 2019. Groundhogz will take the lead in preparing these documents. Please advise if there's an agreement or a dispute about how the stipulation is presented to the jury.

3. Trial will proceed on 11 March 2019. Clear the courtroom and meet in chambers by 9:00 a.m. so juror orientation can begin. We'll start with the panel at 9:30, with openings and proof after lunch.

4. I alerted counsel that I may be unavailable on March 11th because of a trial set on that day in an older case in the Helena division. I also advised them that the Honorable James M. Moody Jr. had volunteered to preside if necessary in my absence. FED. R. CIV. P. 63. The parties consented to this possibility, which the Court appreciates.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 March 2019