IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHAD SANDINE; GROUNDHOGZ
EXPRESS, INC.; and GROUNDHOGZ
LOGISTICS, INC.                                                    PLAINTIFFS/
                                                          COUNTER-DEFENDANTS

v.                         No. 3:17-cv-151-DPM

DON TATE; and TATE EXPRESS, INC.                          DEFENDANTS/
                                                           COUNTER-CLAIMANTS

## ORDER

The Court is attaching working drafts of its (1) *voir dire* and (2) preliminary instructions. Objections due by noon on 8 March 2019—so we can have finals ready for Monday morning. The Court continues to work on draft final instructions and verdicts. But until Don Tate makes his election today, things remain too uncertain to make clear proposals possible. The Court will therefore circulate drafts Wednesday.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 March 2019