IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHAD SANDINE; GROUNDHOGZ
EXPRESS, INC.; and GROUNDHOGZ
LOGISTICS, INC.                             PLAINTIFFS/
                                                          COUNTER-DEFENDANTS

v.                     No. 3:17-cv-151-DPM

DON TATE; and TATE EXPRESS, INC.       DEFENDANTS/
                                                          COUNTER-CLAIMANTS

## JUDGMENT

The complaint and counterclaims are dismissed with prejudice. The Court retains jurisdiction until 14 June 2019 to enforce the parties' settlement agreement.

                                                      _____
                                                      D.P. Marshall Jr.
                                                      United States District Judge

                                                      7 March 2019