IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHAD SANDINE; GROUNDHOGZ
EXPRESS, INC.; and GROUNDHOGZ
LOGISTICS, INC.                                          PLAINTIFFS/
                                                         COUNTER-DEFENDANTS

v.                         No. 3:17-cv-151-DPM

DON TATE; and TATE EXPRESS, INC.                         DEFENDANTS/
                                                         COUNTER-CLAIMANTS

## AMENDED JUDGMENT

The complaint and counterclaims are dismissed with prejudice. The Court retains jurisdiction until 31 July 2019 to enforce the parties' settlement agreement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 June 2019