IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CHAD SANDINE; GROUNDHOGZ EXPRESS, INC.; and GROUNDHOGZ LOGISTICS, INC. | PLAINTIFFS/ COUNTER-DEFENDANTS |

v. No. 3:17-cv-151-DPM

| | |
|---|---|
| DON TATE; and TATE EXPRESS, INC. | DEFENDANTS/ COUNTER-CLAIMANTS |

ORDER

For the reasons stated on the record during the 17 June 2019 telephone conference, the motion to enforce, № 73, is denied without prejudice as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 June 2019