# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHAD SANDINE; GROUNDHOGZ
EXPRESS, INC.; and GROUNDHOGZ
LOGISTICS, INC.                                                                      PLAINTIFFS/
COUNTER-DEFENDANTS

v.                          No. 3:17-cv-151-DPM

DON TATE; and TATE EXPRESS, INC.              DEFENDANTS/
COUNTER-CLAIMANTS

## SECOND AMENDED JUDGMENT

The complaint and counterclaims are dismissed with prejudice. The Court retains jurisdiction until 14 August 2019 to enforce the parties' settlement agreement.

                                         _____
                                         D.P. Marshall Jr.
                                         United States District Judge

                                         30 July 2019